## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | CASE NO.  25-10806 |
| SARAH MOORE RALEY ) | |
| ) | |
| ) | |
| Debtor(s) ) | Chapter 13 |
| ) | |

### AFFIDAVIT OF SERVICE

The undersigned certifies that service of the Notice to Creditors and Proposed Plan was made on November 20th, 2025, by:

(X) Mail Service:  Regular, First Class United States Mail, postage fully pre-paid, addressed to:

    Revity Federal Credit Union
    Attn:  Officer
    217 N Greene St
    Greensboro, NC 27401

    ()  Certified Mail Service on an Insured Depository Institution:  By sending Notice to Creditors and Proposed Plan by certified mail addressed to the following officer of the institution at the address set out below. A supplement to this Affidavit with proof of delivery will be filed at a later date.

Under penalty of perjury, I declare that the foregoing is true and correct.

    This 5th day of January, 2026

    /S/ Ron A Anderson
    Ron A Anderson
    Attorney for Debtor
    Post Office Box 14639
    Archdale, North Carolina 27263
    Telephone: (336) 431-7336